UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONDO INTERNATIONAL, LLC,

        Plaintiff,

-against-

STEVEN RAINES, TAD MARGOLIES, CHARLIE BUSCH, AND BLUESKY RESOURCE SOLUTIONS, LLC,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/12/2023__

22 Civ. 9543 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case management plan submitted via email. The parties request more than 120 days for fact discovery without explaining how the case presents "unique complexities or other exceptional circumstances." Proposed CMP ¶ 5. In addition, the proposed discovery deadlines extend past the close of fact discovery. *See id.* ¶ 6(d). Finally, the proposed case management plan includes modifications regarding the parties' motions practice. *See id.* at 1. The parties are required to follow the Court's Individual Practices in Civil Cases and may not modify the requirements in the case management plan. Accordingly, by **January 19, 2023**, the parties shall resubmit their proposed case management plan.

    SO ORDERED.

Dated: January 12, 2023
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge